UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THIRD WAY, et al.,<br>      Petitioners,<br>  v.<br>NO LABELS,<br>      Defendant. | Case No. 1:24-mc-00097 (EGS), |
| DMITRI MEHLHORN,<br>      Petitioner,<br>  v.<br>NO LABELS,<br>      Defendant. | Case No. 1:24-mc-00101 (EGS)<br><br>Underlying Litigation:<br>*No Labels v. NoLabels.com Inc.,*<br>No. 23 Civ. 1384 (D. Del) |

**PETITIONERS' STATUS REPORT**

Petitioners Dmitri Mehlhorn, Third Way, Jon Cowan, Matthew Bennett, and Emily Cain (the "Petitioners") respectfully submit this status report in response to the Court's December 23, 2024 Order. The Petitioners have conducted reasonable and diligent searches for Documents and Communications responsive to Document Request Number One in No Labels' Third-Party Subpoenas. *See Third Way, et al., v. No Labels*, No. 24 Misc. 97 (EGS), ECF No. 2-7 at 8; *Mehlhorn v. No Labels*, No. 24 Misc. 101 (EGS), ECF No. 1-3 at 72. The Petitioners have notified No Labels of their compliance with Document Request Number One and with the Court's December 23, 2024 Order.

[SIGNATURES APPEAR ON THE NEXT PAGE]

Dated: January 22, 2025

| | |
|---|---|
| */s/ Natasha W. Teleanu* | */s/ John C. Quinn* |
| Natasha W. Teleanu*<br>**O'MELVENY & MYERS LLP**<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-4322<br>Facsimile: (212) 326-2061<br>Email: nteleanu@omm.com<br>*admitted pro hac vice<br><br>Joshua Revesz<br>D.D.C. Bar No. 1616617<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5261<br>Facsimile: (202) 383-5414<br>Email: jrevesz@omm.com<br><br>*Attorneys for Third Way, Jon Cowan, Matthew Bennett, and Emily Cain* | John C. Quinn*<br>Hyatt Mustefa*<br>HECKER FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>(212) 763-0883<br>jquinn@heckerfink.com<br>hmustefa@heckerfink.com<br>*admitted pro hac vice<br><br>Jackson Erpenbach (D.C. Bar 1735493)<br>HECKER FINK LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>(212) 763-0883<br>jerpenbach@heckerfink.com<br><br>*Attorneys for Dmitri Mehlhorn* |